Wednesday, Dec 4 · 5:39 PM

Hi Mark, any closer to a sale? I ask, because I leave for a trip next week and may not be readily available for wiring funds.🙂

Hi Ann
Yes we settled at 175 over the weekend
Invoiced was emailed waiting on payment 😊
Hope your pleased



9:09

**Mark Borghi**

Monday, Nov 11 • 12:22 PM

Hello Mark!
Is the buyer buying! 😉 If so, hoping to get it sold by end of this month...any chance of that?

Hello Ann

Yes he is and when we finalize it will get it done before the end of the month

Best Mark



Thank you for the good news.

Are you negotiating price at this final

stage?

Yes we are

Good luck!

Thanks !

Thursday, Nov 21 • 4:49 PM

Hello Mark, hope you're well. I'm checking in to see

how the Mitchell sale is going. Are we still on target for a sale in the next two weeks?



Yes it will be done

Thank you

Your welcome 

What is the sales price you're going for?

Soon 

We had it out for 195

OK, Great.



Wednesday, Dec 4 • 5:29 PM

Hi Mark, any closer

to a sale? I ask, because I leave for a trip next week and may not be readily available for wiring funds.🙂

Hi Ann

Yes we settled at 175 over the weekend

Invoiced was emailed waiting on

payment 😊

Hope your pleased

Yes, thank you, Mark!! Very pleased, I know you did your best negotiating for me!!🙏

Thanks !!

Thank you for putting so much

time and into it!

Have a great night.

Your welcome

You too !

Tuesday, Dec 17 • 4:30 PM

Hi Mark, I am back in town. Any luck in getting payment from the Buyer yet?

Also, is the sale considered complete in 2024, I hope?? 🤞

Waiting on it

Soon

And yes by end of year

Best

Mark

Great! Thank you

Your welcome

Friday, Dec 27 • 2:12 PM



Happy Holidays Mark! I hope you're enjoying your week. I

wish you a happy healthy, and lucrative 2025!!

Happiest Holidays to you Ann as well all the best

Mark



Thursday, Jan 9 • 10:35 AM

Text mes...   

9:15

Mark Borghi

Thursday, Feb 27 • 1:00 PM

Hope your move is going smoothly, Mark. How's the wiring prep going?

Final move out today

Wire will go tomorrow

Thanks for your patience

It's been a week

Never realize who much stuff one has until you move it

Thank you for the update. Yes, I understand that completely.

Friday, Feb 28 • 9:59 AM

Good Morning Mark,
I'll be on standby,
please keep me
updated on the wire.
I will call B of A so
they are aware of it
coming in today.
Thank you!!

Yes doing final move
now will get there
this afternoon
Thanks

OK, thank you,  good
luck with your move.

Friday, Feb 28, 4:50 PM

Hi Mark, checking in.. hope you're move is complete. Are you able to get the wire in this afternoon? I didn't see it initiated at Bof A.

Move is done finally
I put it in about 1/2 hour ago
Will more than likely show up on Monday check around noon

check around noon

Late in the day

Congratulations on the move. That must be a relief!
Thank you  for wiring.        How much is the wire?
My email address is annfitzpatrick40@gmail.com for the paperwork when you get settled.

Thanks

148,500

You got it sold for $175k, I think you said?

I65 can send you copy of the invoice

We were asking 185

OK, I was thinking it was the 175 from your text

Let me send the difference of of 8,500 and I'll take a lower commission and make it up on a future sale

I know your counting on a certain amount

You have some great works by Mercedes that when your ready I want to handle

I was counting on a

certain amount because you texted that you were offering it at $195,000 and you settled with the buyer over the weekend on Dec. 4th for $175,000.

To be frank I did it from memory today at the branch I'm sure your right With the move and all my mind is shot

Send you the difference I'm sure your right and memory failed me ha

No worries,  thank you.

Monday, Mar 3 · 1:48 PM

Hi Mark, I checked with Bank of America.  There aren't any pending transactions.  Can you give me an update on the wire

update, on the wire please🙏. I have people on my end on hold. Thank you

Odd

Let me go to the bank in a bit

And see what is going on

Thanks

Thank you, for checking on this. I will also call my bank and let them know to

look out for two transactions: the original amount and the remainder amount.

No problem chase has been wonky for more than a year they want a manager to sign off and sometimes I even get a call from the fraud department for large transfers

Even if I do the wire
at the branch

Monday, Mar 3 · 4:26 PM

How did it go with
the wire, Mark?

Wednesday, Mar 5 · 3:55 PM

Hi Mark, just wanted
to give you an
update: the wire
transfer still has not
transmitted to our
account. Did the
bank tell you how
long it was going to
take? I've never

take. I've never
experienced this
much trouble
receiving or sending
a wire, including
large amounts like
this when buying
properties.

Just tried calling you
It's a nightmare my
other wire didn't hit
either that I put in
I called my
representative in
Manhattan he is in
charge of my

charge of my account he assured me the wires will be released today
My apologies it will posted to you no later than tomorrow

Thank you for checking on it.

Friday, Mar 7 · 10:14 AM

Good Morning Mark, any updates for the wire. I'm a little worried.

This is ridiculous

I am in Virginia for a
museum meeting let
me handle it
I am sorry this
should have been
taken care of days
ago
I will back to you
before 1

https://muscarelle
.wm.edu/exhibition

/michelangelo-the
-genesis-of-the
-sistine/

↻

Tap to load preview

Thank you

I actually own a
drawing by him and
meeting with the
curator wish me luck

Yes, good luck!!

Friday, Mar 7 • 4:03 PM

Hi Mark, can you

give me an update on the wire? 🙏 What did your bank say?

Monday, Mar 10 • 10:43 AM

Good Morning Mark, is the wire set to go out today?

In the city to take care of it and yes

That's great 

Tuesday, Mar 11 • 10:25 AM

Good Morning Mark, with the wiring

challenges you've been experiencing in the last 2-3 weeks. I am very concerned that you don't have the money in your account/s from the sale of my Joan Mitchell painting. The delay in the promised money wire is causing trouble on my end...and stress.

**From:** Chase <no.reply.alerts@chase.com>
**Date:** March 11, 2025 at 10:05 :08 AM EST
**To:** mark@borghi.org

**Subject: Important Business Banking Alert**

Dear Customer,

At Chase, we're committed to providing the tools you need to help you monitor your account(s). Below is a list of the latest transactions for the accounts in your profile:

*We've started to process a wire transfer to Ann Fitzpatrick in the amount of 173,500.00 has been debited from your account ending in 0749 on 03/11/2025

If you have questions about the transaction(s) or this alert, please call 1-877-CHASEPC (1-877-242-7372). Our customer service representatives are available from 6 AM to midnight Eastern time, seven days a week

Please do not reply to this autom⸱ ⸱ert. Instead, you can sign in to www.Chase.com/businessbanking to send us a secure

